.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Andre William Easley, Jr.,**

    **Plaintiff,**

    v.

**Commissioner of Social Security,**

    **Defendant.**

JUDGMENT IN A CIVIL CASE

Case No.   2:21-cv-204

Magistrate Judge Vascura

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed October 18, 2021, this case is **REMANDED** under Sentence Four of § 405(g) for further proceedings.

Date: October 18, 2021

                **Richard W. Nagel, Clerk of Court**

                By:       s/ Donald A Fitzgerald III
                          Donald A Fitzgerald III, Deputy Clerk